UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>MIKE STRAINER, et al.,<br><br>  Defendants. | Case No.: 1:16-mc-00030-LJO-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EMERGENCY PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER<br><br>[ECF No. 6] |

On May 13, 2016, Plaintiff Edward Thomas filed a motion for leave and/or exemption from e-filing his civil rights complaint pursuant to 42 U.S.C. § 1983.

On May 18, 2016, the Court denied Plaintiff's motion for leave and/or exemption from e-filing his civil rights complaint. (ECF No. 3.) On June 2, 2016, the Court denied Plaintiff's motion for reconsideration of the Court's May 18, 2016, order. (ECF No. 5.)

On June 29, 2016, Plaintiff filed a motion for an emergency preliminary injunction and/or temporary restraining and referred the above-captioned case number. Plaintiff's motion must be denied.

Plaintiff is advised that the purpose of opening this miscellaneous action was to determine solely the issue of whether Plaintiff would be granted leave and/or exemption from e-filing his civil rights complaint pursuant to 42 U.S.C. § 1983. By order dated May 18, 2016, the Court determined that that Plaintiff has not set forth a "good cause explanation" as to why he cannot meet the Court's

1

25-page limitation for the e-filing of his civil rights complaints. (ECF No. 3.) The Court advised Plaintiff that if and when Plaintiff files a civil rights complaint by way of the e-filing system, a <u>civil rights</u> action will be opened and assigned a civil case number. Accordingly, because this action was opened for the limited purpose of determining whether Plaintiff would be granted exemption from e-filing his complaint which was denied, it is HEREBY ORDERED that Plaintiff's motion for an emergency preliminary injunction and/or temporary restraining order is DENIED, and <u>any future filings in this action will be stricken from the record without consideration</u>.

IT IS SO ORDERED.

Dated:  **July 7, 2016**                              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES CHIEF DISTRICT JUDGE